## JOHN WILLIAM BURNETT
### v.
## AMOS LEE

### 1811

#### Journal Entries

1. Rule to declare; continuance . . . . . . . *Journal, infra,* \*p. 392
2. Declaration filed; rule to plead . . . . . . . . " 405

#### Papers in File

1. Capias and return . . . . . . . . . . . . . . . . . . .
2. Declaration . . . . . . . . . . . . . . . . . . . .

## DAVID MILLER
### v.
## DAVID BEARD

### 1811

#### Journal Entries

1. Rule to declare; continuance . . . . . . *Journal, infra,* \*p. 392

#### Papers in File

1. Precipe for capias . . . . . . . . . . . . . . . . . .
2. Capias and return . . . . . . . . . . . . . . . . . .